**No. 69777.**—Seedman International Corp. *v.* United States, protests 59/10999, etc. (New York).

Opinion by RAO, C.J.   In accordance with stipulation of counsel that the merchandise consists of rubber bulb horns similar in all material respects to those the subject of Abstract 69382, the claim of the plaintiff was sustained.